UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: **00-6057**

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

**CR-ROETTGER**
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

vs.

ANTHONY ALCOCK

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about February 20, 2000, at Broward County, in the Southern District of Florida, the defendant,

**ANTHONY ALCOCK,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT II

On or about February 20, 2000, at Broward County, in the Southern District of Florida, the defendant,

**ANTHONY ALCOCK,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA           CASE NO. _____

v.                                 **CERTIFICATE OF TRIAL ATTORNEY***

ANTHONY ALCOCK                     **Superseding Case Information**:

**Court Division**: (Select One)

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | No ___ |
| Number of New Defendants | ___ | |
| Total number of counts | ___ | |

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect __English__

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_        Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __02/20/00__
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No  If yes, was it pending in the Central Region? __ Yes _X_ No

                                    _____
                                    TERRENCE J. THOMPSON
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. A5500063

*Penalty Sheet(s) attached                                          REV.4/7/99
N:\udd\hpantale\tthompso\ALCOCK\INDPKG.wpd

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: ANTHONY ALCOCK          No.:_____

Count #I:
Import cocaine; in violation of 21:952(a) and 18:2

*Max Penalty:   Mandatory minimum 5 years' and 40 years' maximum imprisonment; $2,000,000 fine

Count #II:
Possess with intent to distribute cocaine; in violation of 21:841(a)(1) and 18:2

*Max Penalty: Mandatory minimum 5 years' and 40 years' maximum imprisonment; $2,000,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV 12/12/96

No. 04081

# UNITED STATES DISTRICT COURT
Southern District of Florida
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

ANTHONY ALCOCK

## INDICTMENT

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19

Bail, $ _____

_____
Clerk