AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON USCS S/A Joseph Fariello (954) 356-7238x120

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ANTHONY ALCOCK

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: CR-ROETTGER
00-6057
MAGISTRATE JUDGE
SNOW

*Filed MAR 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

YOU ARE HEREBY COMMANDED to arrest __ANTHONY ALCOCK__
                                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possessing with the intent to distribute cocaine; and importing cocaine.

in violation of Title 21;18 United States Code, Section(s) 841(a)(1), 952; and 2

| | |
|---|---|
| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | March 7, 2000 Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ Pre-trial detention    by Lurana S. Snow, Chief U.S. Magistrate Judge
                                                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |