DEFT: Anthony Alcock (J)#

AUSA: Terry Thompson /Don Chase

AGENT:

PROCEEDING: Initial Appearance

BOND HEARING HELD – yes/no

BOND SET @ $250,000 Corp Surity w/ Nebbia

CO-SIGNATURES:

SPECIAL CONDITIONS:

CASE NO: 00-6057-CR-Roettger

ATTNY: Robin Farris

VIOL: 21:841,952

BOND REC: PTD

FILED by _____ D.C.
MAR 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COUNSEL APPOINTED: APD

(No Bond hrg held)

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or_____ x's a week/month by phone;_____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

(2) Halfway House
Electronic Monitoring

△ – advised of charges
△ – sworn for counsel

Partial Indigence Ordered –
$250 into Reg of Ct.
w/in 60 days

No Bond hearing held – Both
sides reserve right to proceed w/
PTD hearing at a later date.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| Status conf | 3-29-00 | 11:00am | Snow |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. or REMOVAL: | | | |
| STATUS CONFERENCE: partial indigence | 5-12-00 | 11:00 am | BSS |

DATE: 3-14-00    TIME: 11:00am    TAPE # 00-019    PG #

680-867
recalled
00-019
1330 +404