AO 442 (Rev. 12/85) Warrant for Arrest    AUSA TERRENCE J. THOMPSON USCS S/A Joseph Fariello (954) 356-7238x120

# United States District Court

458132

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANTHONY ALCOCK

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: CR-ROETTGER
00-6057
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ANTHONY ALCOCK
                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possessing with the intent to distribute cocaine; and importing cocaine,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1), 952; and 2

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        March 7, 2000 Fort Lauderdale, Florida
Signature of Issuing Officer                       Date and Location

                                                   by Lurana S. Snow, Chief U.S. Magistrate Judge
Bail fixed at $Pre-trial detention                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |
| Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/07/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 03/14/2000 | FOR: USC | Fred Depompa, SDUSM |