FILED by _____ D.C.

MAR 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55237-004

UNITED STATES OF AMERICA )
                    Plaintiff )   Case Number: CR 00-6057-CR-NCR
                               )   REPORT COMMENCING CRIMINAL
        -vs-                   )            ACTION
                               )
ANTHONY ALCOCK                 )
              Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)   Date and Time of Arrest: 3-14-00    am/pm

(2)   Language Spoken: ENGLISH

(3)   Offense(s) Charged: PWID COCAINE

(4)   U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5)   Date of Birth: 7-21-61

(6)   Type of Charging Document: (check one)
      [ ] Indictment  [ ] Complaint  To be filed/Already filed
      Case# _____

      [ ] Bench Warrant for Failure to Appear
      [ ] Probation Violation Warrant
      [ ] Parole Violation Warrant

      Originating District: SD/FL

      COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ 250,000
Who set Bond: B.S.S.

(7)   Remarks: _____

(8)   Date: 3-14-00    (9) Arresting Officer: _____

(10)  Agency: USMS    (11) Phone: _____

(12)  Comments: