

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6057-CR-Roettger

UNITED STATES OF AMERICA

vs

Anthony Alcock

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 3-14-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:   Address: __IN CUSTODY__

Telephone: _____

DEFENSE COUNSEL:   Name: __FPD__

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ __Tent. set $250,000 Corp. Surety w/nebbia~~ Bot~~h sides stipulate-reserving right to proceed w/ a PTD hearing at later date.__

Bond hearing held: yes____ no __X__ Bond hearing set for_____

Dated this __14__ day of __March__, 20 __00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. __00-019__

cc: Clerk for Judge
    U. S. Attorney