HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MICHAEL ROSS MAGGIO__ CASE NO: __99-6259-CR-DIMITROULEAS__
AUSA __DAVID CORA / Rice__ ATTY __FPD / Hunt__

*Disc out - no pending motions - motions due April 12*  00-017 2480

DEFT __ANTHONY ALCOCK__ CASE NO: __00-6057-CR-ROETTGER__
AUSA __TERRY THOMPSON / Rice__ ATTY __FPD Lopez for Bembe__

*possible plea -*   @ 2490

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __3-29-00__    TIME __11:00__