UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6057-CR-ROETTGER

UNITED STATES OF AMERICA,        :

      Plaintiff,        :

v.        :

ANTHONY ALCOCK,        :

      Defendant.        :

_____

FILED by _____ D.C.

MAR 30 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on March 29, 2000.  At that conference, the parties informed the Court as follows:

1.  Discovery has been provided and no motions are pending.

2.  This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of March, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
AFPD Robert Berube (FTL)

