COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Anthony Alcock (J)# | CASE NO: | 00-6057-CR-Roettger |
| AUSA: | Terry Thompson / Kaplan | ATTNY: | FPD: Bob Berube / Marty Bidwell |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status re partial indigence order | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED

\_\_\_\_ BOND SET @ \_\_\_\_

FILED by ___ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D OF FLA. FT. LAUD.

CO-SIGNATURES: \_\_\_\_

SPECIAL CONDITIONS: \_\_\_\_

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or \_\_\_\_ x's a week/month by phone; \_\_\_\_ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) \_\_\_\_ Halfway House
    \_\_\_\_ Electronic Monitoring

— Money not paid —
Matter reset.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: \_\_\_\_
PTD/BOND HEARING: \_\_\_\_
PRELIM/ARRAIGN. OR REMOVAL: \_\_\_\_
STATUS CONFERENCE / repartial indigence    6-12-00    11:00am    BSS ✓

DATE: 5-12-00    TIME: 9:00am  ended 11:45am    TAPE # 00-036  3600-3700    PG # 17/DM