UNITED STATES DISTRICT COURT
SOUNDERN DISTRICT OF FLORIDA

CASE NO. 00-6057-CR-NCR

UNITED STATES OF AMERICA

vs

Anthony Alcock

NOTICE OF SENTENCING DATE

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable Norman C. Roettger United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on Mon Aug 28, 2000, at 1:30 P.M. for imposition of sentence. On that date, report to the U.S. Courthouse, Courtroom 205 B, 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where sentence will be imposed. You will receive no further notice.

If the above named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec 3146) which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000 or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: P. Hart
Courtroom Deputy Clerk

DATE 6/14/00
COUNSEL Robert N Bemle
RECEIVED Anthony Alcock
(Defendant)

| | | | | | |
|---|---|---|---|---|---|
| GUILTY PLEA | ☒ | BOND | ☐ | TO COUNT(S) | 2 |
| TRIAL | ☐ | FEDERAL CUSTODY | ☒ | TO TOTAL COUNTS | 1 |
| NOLO PLEA | ☐ | STATE CUSTODY | ☐ | ASST. U.S. ATTY | Thompson |
| | | U.S.M. CUSTODY | ☐ | | |