FILED by _____ D.C.

SEP 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6057-Cr-NCR    Date: 9/18/00
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Thompson

Defendant(s): A. Alcock (J)    Counsel: B. Berube

Reason For Hearing: Sentencing Ct #2.

Result of Hearing/Judgment: 37 months. 3 yrs S.R. assessed $100.00. A remanded. Non-reporting if deported, not to re-enter U.S. w/out permission of U.S. Atty General. Rec 500 hr. drug program.

Misc.: _____